# Unclaimed Funds

Entered 9/30/2014 to 10/7/2014

| Case No./Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 09-40049 -msh<br>16804681 | Chase Home Finance<br>P.O. Box 24696<br>Columbus, OH 43224<br>43224 | 1,256.91 | 10/07/2014 |

**Grand Total: 1,256.91**